IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| In re WILLIAM PAUL BURCH, | § |
| Debtor, | § |
| WILLIAM PAUL BURCH, | § |
| Appellant, | § |
| v. | § Civil Action No. 4:19-cv-00470-O |
| AMERICA'S SERVING COMPANY, et al., | § |
| Appellees. | § |

## ORDER

The United States Magistrate Judge entered his Findings, Conclusions, and Recommendation. ECF No. 17. No objections were filed. The Magistrate Judge recommends that this Court should deny Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 14), filed September 6, 2019. The Court reviewed the proposed Findings, Conclusions and Recommendations for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendations of the United States Magistrate Judge.

Accordingly, Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* is **DENIED**.

**SO ORDERED** this **8th day** of **October, 2019.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE